People v Patrick (2023 NY Slip Op 05340)

People v Patrick

2023 NY Slip Op 05340

Decided on October 19, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 19, 2023

Before: Kapnick, J.P., Singh, Friedman, González, Shulman, JJ. 

Ind No. 4074/19 Appeal No. 853 Case No. 2020-04113 

[*1]The People of the State of New York, Respondent,
v
Rayshawn Patrick, Defendant-Appellant.

Caprice R. Jenerson, Office of the Appellate Defender, New York (Sarah Vendzules of counsel), for appellant.

Judgment, Supreme Court, New York County (Erika M. Edwards, J.), rendered September 18, 2020, convicting defendant, upon his plea of guilty, of robbery in the third degree, and sentencing him to a term of 1 to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Perez, 211 AD3d 587, 587 [1st Dept 2022). We note that the People consent to this relief.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 19, 2023